IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| R. Alexander Acosta, Secretary of Labor, United States Department of Labor, Plaintiff, | ) ) ) ) ) ) ) ) ) ) | Case No. 17 CV 7931 Judge Manish S. Shah |
| v. | | |
| AEU Benefits, LLC, et al., Defendant. | | |

## ORDER

T: 00:15

Ex parte motion hearing held. The motion for leave to file excess pages is granted. The motion for leave to file under seal is granted in part. The documents may remain sealed for now. This court will not order Exhibit Nos. 4, 5, 6, and 7 to be permanently sealed and destroyed. That issue will remain for the presiding judge to resolve. For the reasons stated in open court, the ex parte motion for temporary restraining order is granted. Enter Ex Parte Temporary Restraining Order. That order remains in effect until 11/17/17 at 11:25 a.m.

Date: 11/3/2017

/s/ Manish S. Shah
UNITED STATES DISTRICT JUDGE