UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> AEU BENEFITS, LLC, et al, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:17-cv-07931-JHL-SMF <br><br> Hon. Joan H. Lefkow <br> District Judge <br><br> Hon. Sheila Finnegan <br> Magistrate Judge |

## MOTION TO APPROVE CONSENT ORDER AND JUDGMENT AS TO SD TRUST ADVISORS LLC

Now comes, Plaintiff Secretary of Labor, United States Department of Labor ("Secretary") through counsel, and respectfully requests that the Court approve and enter the Consent Order and Judgment, attached hereto, which resolves all claims between the Secretary and Defendant SD Trust Advisors LLC. The Consent Order and Judgment does not resolve the claims between the Secretary and any other defendants.

Respectfully submitted,

Dated: January 4, 2019

/s/ Bruce C. Canetti
BRUCE C. CANETTI (6285867)(IL)
Senior Trial Attorney

Martha Frydl
Trial Attorney

United Stated Department of Labor,
Office of the Solicitor
230 S. Dearborn Street, Room 844
Chicago, Illinois 60604
Telephone: (312) 353-3271

Facsimile: (312) 353-5698
Email: canetti.bruce@dol.gov
       frydl.martha@dol.gov

KATE O'SCANNLAIN
Solicitor of Labor

CHRISTINE Z. HERI
Regional Solicitor

Attorneys for R. Alexander Acosta,
Secretary of Labor, United States Department
of Labor