## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: R. Alexander Acosta, Sec'ty of Labor, US DOL v. AEU Benefits, LLC, AEU Holdings, LLC et al.

Case Number: 17-cv-07931

An appearance is hereby filed by the undersigned as attorney for:

Defendants/3rd Party Defendants James D'Iorio, Veritas Benefits LLC, Veritas PEO LLC

Attorney name (type or print): Anthony Pinelli

Firm: Law Offices of Anthony Pinelli

Street address: 53 W. Jackson Blvd., Suite 1215

City/State/Zip: Chicago, Illinois 60604

Bar ID Number: 2210681
(See item 3 in instructions)

Telephone Number: 312/583-9270

Email Address: apinelli@pinelli-law.com

Are you acting as lead counsel in this case? ✔ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ✔ No

Are you a member of the court's trial bar? ✔ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ✔ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 26, 2019

Attorney signature: S/ Anthony Pinelli
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Appearance on behalf of Defendants/Third Party Defendants James D'Iorio, Veritas Benefits LLC and Veritas PEO LLC were served on March 26, 2019, in accordance with Fed. R. Civ. P. 5, L.R. 5.5 and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

s/Anthony Pinelli
Anthony Pinelli