## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Eugene Scalia
                              Plaintiff,

v.                                            Case No.: 1:17−cv−07931
                                                           Honorable John F. Kness

WBS, LLC, et al.
                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 21, 2020:

      MINUTE entry before the Honorable Sheila M. Finnegan: Email communications and telephone conferences regarding the status of settlement discussions conducted on 8/17/2020, 8/18/2020, 8/20/2020, and 8/21/2020 with counsel for and representatives of Receivership Management, Inc. as Independent Fiduciary; Defendants AEU Benefits, LLC, AEU Holdings, LLC, Steven Goldberg, and Stephen Satler; and Assurance Plan Administrators LLC d/b/a Assurance Collecting & Distributing. The parties are to provide an update (by email) to the Court by 8/25/2020 at 5:00 p.m. and to conclude negotiations on the remaining issues by 8/28/2020. Telephone status hearing is set for 9/1/2020 at 4:00 p.m. for the parties identified above as well as Plaintiff Department of Labor. To join the telephone status hearing, dial (877) 336−1831, Access code is 5995354, Press #. Mailed notice (sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.