UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **EUGENE SCALIA**, Secretary of Labor, United States Department of Labor, | : : : | |
| Plaintiff, | : : | **CIVIL ACTION NO.** 1:17-cv-07931-JFK-BWJ |
| v. | : : : | Hon. John F. Kness, District Judge |
| **AEU BENEFITS, LLC, et al,** | : : | |
| Defendants. | : : : | Hon. Beth W. Jantz, Magistrate Judge |

## APPLICATION FOR ENTRY OF DEFAULT

**TO THE CLERK OF THE COURT:**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff, EUGENE SCALIA, Secretary of Labor, United States Department of Labor, formally requests the Clerk of Court enter the default of defendants Veritas Benefits, LLC and Veritas PEO, LLC for their failure to plead or otherwise defend as required by law. In support of this request, Plaintiff relies upon the record in this case and the Declaration in Support of Application for Entry of Default submitted herein.

Dated: October 19, 2020

**P.O. Address:**
Office of the Solicitor
U.S. Department of Labor
230 South Dearborn Street
Room 844
Chicago, Illinois 60604
Tel.: (312) 353-6990
Fac.: (312) 353-5698
Emails: lim.joann.g@dol.gov
        sol-chi@dol.gov

Respectfully submitted,

**KATE S. O'SCANNLAIN**
Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

*/s/ JoAnn G. Lim*
**JOANN G. LIM**
Trial Attorney
Bar Number: IL 6300362

**BRUCE CANETTI**
Senior Trial Attorney

**BROOKE WORDEN**
Senior Trial Attorney

Attorneys for **EUGENE SCALIA**, Secretary of Labor, United States Department of Labor, Plaintiff