UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor, <br><br>  Plaintiff, <br><br> v. <br><br> AEU BENEFITS, LLC, et al., <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 1:17-CV-07931 <br> Hon. John F. Kness |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.17, Brooke E. Worden of the Office of the Solicitor, U.S. Department of Labor, hereby withdraws as counsel for Martin J. Walsh, Secretary of Labor ("Secretary"), in the above-captioned action and requests that she be removed from all electronic service and other notifications in this action.  The Secretary will continue to be represented by other counsel of record from the Office of the Solicitor, U.S. Department of Labor.

Respectfully Submitted,

**SEEMA NANDA**
Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

**P.O. ADDRESS:**
U.S. Department of Labor
Office of the Solicitor
230 South Dearborn Street, Rm. 844
Chicago, Illinois 60604
Telephone No. (312) 353-1218
Email: worden.brooke.e@dol.gov

/s/ Brooke E. Worden
**BROOKE E. WORDEN**
Senior Trial Attorney

Attorneys for **MARTIN J**, **WALSH**
Secretary of Labor, United States
Department of Labor, Plaintiff