

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Diane F. Klotnia

Firm   Miller Shakman Levine & Feldman LLP

Street Address   30 West Monroe St., Suite 1900

City/State/Zip Code   Chicago, IL  60603

Phone Number   312-263-3700

Email address   dklotnia@millershakman.com

ARDC (Illinois State Bar members, only)   6202609

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:17-cv-07931 | Martin J. Walsh, Secretary of Labor, vs. AEU Benefits, LLC, et al. | Judge John F. Kness |
|  |  |  |
|  |  |  |
|  |  |  |

/s/ Diane F. Klotnia                                                October 3, 2022
Signature of Attorney                                              Date

Rev. 01272016