UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
**MARTIN J. WALSH**, Secretary of Labor, :
United States Department of Labor, :
                                                      Plaintiff, :
                                                      : **No. 1:17-cv-07931**
        v. :
                                                        : **Hon. John F. Kness**
**AEU BENEFITS, LLC,** :
**AEU HOLDINGS, LLC,** :
**BLACK WOLF CONSULTING, INC.,** :
**SD TRUST ADVISORS, LLC,** :
**and the AEU HOLDINGS, LLC** :
**EMPLOYEE BENEFIT PLAN,** :
                                                Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

**NOTICE OF FILING OF COURT-APPROVED**
**INDEPENDENT FIDUCIARY'S PLAN OF DISTRIBUTION**

       Receivership Management, Inc., as Court-appointed Independent Fiduciary, gives notice of the filing of the Court-Approved Independent Fiduciary's Plan of Distribution, with Exhibits ("Plan of Distribution"). The Court by final Order pursuant to Rule 54(b) Fed. R. Civ. P. entered on March 28, 2023 (Dkt. #682), approved the Plan of Distribution and instructed the Independent Fiduciary to file the Plan of Distribution in this action under a Notice of Filing.

Date:  April 28, 2023                        */s/ C. Philip Curley*
                                                     C. Philip Curley
                                                     Robinson Curley P.C.
                                                     200 N. LaSalle Street, Suite 1550
                                                     Chicago, Illinois 60601
                                                     (312) 663-3100
                                                     pcurley@robinsoncurley.com

2

/s/ J. Graham Matherne

J. Graham Matherne
Andrew J. Pulliam
Wyatt, Tarrant & Combs, LLP
333 Commerce Street, Suite 1400
Nashville, Tennessee 37201
(615) 244-0080
gmatherne@wyattfirm.com
apulliam@wyattfirm.com

*Counsel to the Independent Fiduciary*

101117503.1           2

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on April 28, 2023, a true and exact copy of the foregoing has been served upon all counsel noted on the Court's Electronic Case Filing System.

*/s/C. Philip Curley*
C. Philip Curley
