UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LORI CHAVEZ-DEREMER**,[1] Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>**AEU BENEFITS, LLC, et al.**,<br><br>Defendants. | Civil Case No. 17-cv-07931<br><br>District Judge John F. Kness |

**FINAL ORDER OF CLOSURE**

The Court having reviewed the Status Report submitted by the Secretary of Labor and the Independent Fiduciary on November 25, 2025 (ECF No. 752), and being fully advised, hereby enters its Final Order of Closure as follows:

1. This action is closed with the Court retaining jurisdiction, if needed, for the purpose of and in connection with any remaining administrative actions of the Independent Fiduciary related to the Court-approved Plan of Distribution and Plan For Final Distribution.

2. Upon final implementation of the Court-approved Plan of Distribution and Plan For Final Distribution by the Independent Fiduciary and the complete distribution of all funds, including the Reserve Funds, the appointment of the Independent Fiduciary shall be terminated.

3. The December 3, 2025, hearing in this matter is cancelled.

4. The IF is instructed to post a copy of this Order upon the website that has been used regarding notice of action in this matter (www.recievermgmt.com/aeubenefitplan-htm), said notice being deemed adequate relating to the matters addressed in this Order.

---

[1] By operation of law, Lori Chavez-DeRemer is substituted *sub nom.* for former Acting Secretary of Labor Julie A. Su. *See* Fed. R. Civ. P. 25(d).

It is so ORDERED this, the 26th day of November 2025.

_____
JOHN F. KNESS
United States District Judge

Submitted for Approval and Entry:

| | |
|---|---|
| JONATHAN BERRY<br>Solicitor of Labor | */s/ C. Philip Curley*<br>C. Philip Curley<br>Robinson Curley P.C.<br>600 W. Van Buren Street, Suite 700<br>Chicago, Illinois 60607<br>(312) 663-3100<br>pcurley@robinsoncurley.com |
| CHRISTINE Z. HERI<br>Regional Solicitor | |
| s/ Jing Acosta<br>JING ACOSTA<br>Counsel for ERISA | */s/ J. Graham Matherne*<br>J. Graham Matherne<br>Andrew J. Pulliam<br>Wyatt, Tarrant & Combs, LLP<br>333 Commerce Street, Suite 830<br>Nashville, Tennessee 37201<br>(615) 244-0020<br>gmatherne@wyattfirm.com<br>apulliam@wyattfirm.com |
| U.S. Department of Labor<br>Office of the Solicitor<br>230 S. Dearborn St., 8th Fl.<br>Chicago, Illinois, 60604<br>Telephone No.: 312-353-1145<br>Email: acosta.jing@dol.gov | |
| Attorneys for Lori Chavez-DeRemer,<br>Secretary of Labor, United States<br>Department of Labor | Counsel to the Independent Fiduciary |